U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
May 24 - 2022
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

K.T.

No. 22-CV-230(TJM/CFH)

vs.

Board of Education of Queensbury Union Free School District, et al.

### ORDER TO STRIKE

**IT IS HEREBY ORDERED**, that the Defendants' Response to Discovery Request, filed at DKT #5 in the above-entitled action shall be stricken from the docket for the following reason(s) listed below.

1. Pursuant to Local Rule 26.2, the Court does not accept the filing of discovery materials, such as, Interrogatories, Document Requests, unless the Court specifically directs such documents be filed or when submitted in support of a motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. Since the Court has not directed the filing of Discovery in this action, nor is Defendants' submission in support of a motion filed pursuant to Rule 37, neither discovery materials nor certificates of service regarding the same are to be filed with the Court.

SO ORDERED,

DATED:   May 24, 2022
         Albany, NY

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge