UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

K.T., Individually and as Parent and Natural
Guardian of her infant children John Doe
and Jane Doe

                 Plaintiffs,

          VS.

BOARD OF EDUCATION OF QUEENSBURY
UNION FREE SCHOOL DISTRICT, QUEENSBURY
UNION FREE SCHOOL DISTRICT,
SUPERINTENDENT KYLE GANNON, in his Individual
and Official Capacity, ASSISTANT SUPERINTENDENT
AMY GEORGEADIS, in her Individual and Official
Capacity, ASSISTANT SUPERINTENDENT
DENISE TROELSTRA, in her Individual and Official
Capacity, KENNETH BEE, in his Individual and
Official Capacity, MONIQUE AGANS, in her Individual
and Official Capacity, and MICHAEL BRANNIGAN,
in his Individual and Official Capacity,

                 Defendants.

---

**OFFER OF JUDGMENT**

No. **22-CV-230 TJM/CFH**

TO:    Ryan Finn, Esq., Plaintiffs' attorney
        Finn Law Offices
        12 Sheridan Avenue
        P.O. Box 966
        Albany, New York 12201

       Defendants Board of Education of Queensbury Union Free School District and
Queensbury Union Free School District offers to allow judgment to be taken against them
collectively by the Plaintiffs in the amount of Ninety Thousand and no/100 dollars ($90,000),
inclusive of attorneys' fees if applicable by statute with costs now accrued.  This offer is made
pursuant to Rule 68 of the Federal Rules of Civil Procedure, and evidence of this offer is not
admissible except in a proceeding to determine costs.  If this offer is not accepted in writing
within fourteen (14) days after it is served, it will be deemed withdrawn.

February 14, 2023

                     BARTLETT, PONTIFF, STEWART
                     & RHODES, P.C.

                     By: _____
                     Malcolm B. O'Hara, Esq. Of counsel
                     Bar Roll No. 032505
                     *Attorneys for Defendants*

One Washington Street, PO Box 2168
Glens Falls, New York 12801
(518) 792-2117
mbo@bpsrlaw.com