ALAN R. RHODES*
PHILIP C. MCINTYRE
MARK A. LEBOWITZ
J. LAWRENCE PALTROWITZ
MALCOLM B. O'HARA*
PATRICIA E. WATKINS
MARK E. CERASANO
BRUCE O. LIPINSKI
PAULA NADEAU BERUBE
JONATHAN C. LAPPER
JAMES R. BURKETT
STEFANIE DILALLO BITTER
KARLA WILLIAMS BUETTNER
JOHN D. WRIGHT

**BARTLETT, PONTIFF, STEWART & RHODES, P.C.**
ATTORNEYS AT LAW
P.O. BOX 2168
ONE WASHINGTON STREET
GLENS FALLS, NEW YORK 12801-2168

TELEPHONE (518) 792-2117
FAX (518) 792-3309
EMAIL mbo@bpsrlaw.com
WEBSITE www.bpsrlaw.com

*Also Admitted in FL

GREGORY J. TERESI
ALEXANDRA C. DAVIS
JEFFREY B. SHAPIRO
BENJAMIN R. PRATT, JR.
Of Counsel
ROBERT S. MCMILLEN
Retired
RICHARD J. BARTLETT
1926-2015
PAUL E. PONTIFF
1930-2021
ROBERT S. STEWART
1932-2001
BERTRAM J. DUBE
1916-1999

SERVICE BY FACSIMILE NOT ACCEPTED

March 24, 2023

Hon. Christian F. Hummel
United States District Court
For the Northern District of New York
James T. Foley Courthouse
445 Broadway, Room 441
Albany, New York 12207

Re:   Tucker v. Board of Education of Queensbury Union Free School District, et al.

Dear Magistrate Hummel,

As you are aware I represent the Defendants in the above matter.

We had a mediation session last month and while it was not successful, the parties came much closer to resolving the matter than I think either side might have predicted.

At the same time we are both off of the current discovery schedule set by the Court after our June 2022 conference.

If the Court has time for an attorney conference of this matter I believe it will be helpful.

Thank you for your continuing attention to this matter.

Respectfully,
BARTLETT, PONTIFF, STEWART
& RHODES, P.C.

By: _____
Malcolm B. O'Hara

cc: Ryan Finn, Esq.
    Finn Law Offices
    P.O. Box 966
    Albany, NY 12206