AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | |
|---|---|
| K.T., individually and as parent and natural guardian of her infant children John Doe and Jane Doe <br><br>  Plaintiff <br><br>  v. <br><br> Board of Education of Queensbury Union Free School District, Queensbury Union Free School District, Superintendent Kyle Gannon, in his individual and official Capacity, Assistant Superintendent Denise Troelstra, in her individual and official Capacity, Kenneth Bee, in his individual and official capacity, Monique Agans, in her individual and official capacity, and Michael Brannigan, in his individual and official capacity <br><br>  Defendants | ) ) ) ) ) ) ) ) <br><br> Case No.: 1:22-cv-00230-TJM-CFH |

## APPEARANCE OF COUNSEL

To: The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

K.T., individually and as parent and natural guardian of her infant children John Doe and Jane Doe.

Date: 8/10/23

/s/ Attorney Signature

Gerard Amedio___106009

340 Broadway, 3rd Floor, Saratoga Springs, NY 12866

gerardamedio@amediolaw.com

(518) 583-4123

(518) 583-4338