# FINN LAW OFFICES

P.O. Box 966
Albany, NY 12201
518.928.1152
Fax: 518.677.1155



_____

August 10, 2023

**VIA ECF FILING**

Hon. Christian F. Hummel
U.S. Magistrate Judge
James T. Foley Courthouse
445 Broadway, Suite 509
Albany, NY 12207

RE:   KT v. Queensbury Union Free School District

Judge Hummel:

The undersigned represents plaintiffs in the above-captioned matter.  Most importantly, I represent the children that should be protected at every step of this proceeding.  I am in receipt of the motion served by Attorney Amodio, and I fully intend to respond vigorously to the half truths and outright lies contained therein.  However, as is most pertinent for the immediate time being: Attorney Amodio has repeatedly included the full name of my client's mother "KT" which could cause irreparable harm to these infant children.  I respectfully ask that the motion be stricken, immediately to limit the potential harm and be resubmitted with proper precautions taken.  I understand that Attorney Amodio has little, if any, experience in this field but it is the children that matter most here, not some claim of vengeance that a disgruntled mother has against her children's lawyer (and by the way her claims are ridiculous as the settlement and the settlement agreement were absolutely in her kid's best interest).

Thank you for your consideration.

Respectfully Submitted,

_____
Ryan M. Finn, Esq.
Ryan@LawFinn.com