# Law Offices of
# Gerard V. Amedio, P.C.

August 28, 2023

Honorable Christian F. Hummel
Northern District of New York
*E-filed*

Re:   K.T. v. Board of Education of Queensbury Union Free School District, et. al.
      Case No.: 1:22-cv-00230-TJM-CFH

Dear Judge Hummel:

I have researched the issue and there are no liens on this case. Furthermore, Attorney Finn and I have reached a resolution regarding the attorney fees.

Respectfully,

Gerard V. Amedio

Cc:   Malcolm B. O'Hara, Esq.
      Kristina Tucker
      Ryan Finn, Esq.