UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

**K.T.**, *individually and as parent and natural guardian of her infant children John Doe and Jane Doe*

v.

**Board of Education of Queensbury Union Free School District**, **Queensbury Union Free School District, Superintendent Kyle Gannon**, *in his individual and official capacity*, **Assistant Superintendent Amy Georgeadis**, *in her individual and official capacity*, **Assistant Superintendent Denise Troelstra**, *in her individual and official capacity*, **Kenneth Bee**, *in his individual and official capacity*, **Monique Agans**, *in her individual and official capacity*, and **Michael Brannigan**, *in his individual and official capacity*

AMENDED ORDER

Civil Docket #: 1:22-cv-00230-TJM-CFH

---------------------------------------------------X

Upon reading and filing the annexed Petition and Affirmation of Gerard V. Amedio, Esq., and the affirmation of K.T., parent and natural guardian of John Doe and Jane Doe, infants under the age of Eighteen (18) years, sworn to on the _____ day of November , 2023 showing that infant John Doe , was born on _____ 2010, and infant Jane Doe was born on_____, 2010 for the approval of this Court if the settlement of the above entitled action, and John Doe and Jane Doe, the infant plaintiffs herein, K.T. the parent and natural guardian, and Gerard V. Amedio, Esq. the attorney making this application, having appeared before me and having been examined, and it appearing that acceptance of the sum of $125,000.00 paid by the defendants insurance carrier, and less the amount of $40,000.00 (32 percent) for attorney's fees, of which $35,000.00 will be payable to Ryan Finn, Esq., and $5,000.00 payable to current attorney Gerard V. Amedio, Esq. is the fair and reasonable value of the services rendered by Ryan Finn and Gerard V. Amedio and said sum payable to Gerard V. Amedio, Esq., and Ryan Finn, Esq. with the remainder of $85,000.00 being granted to John Doe and Jane Doe, in settlement of this claim of said infant would be in the best interests of said infant, it is:

On Motion of Gerard V. Amedio, Esq., attorney for the Plaintiff

**ORDERED**, that the said natural guardian be and herby authorized and empowered to settle and compromise the above-entitled cause of action on behalf of the infant plaintiff for the sum of $125,000.00 and it is further;

**ORDERED**, that out of the sum of $125,000.00 paid by the respondent, that amount of $40,000.00 (32 percent) for attorney's fees, which Ryan Finn will receive $35,000.00 and Gerard V. Amedio, Esq. will receive $5,000.00 for legal services rendered and it is further;

**ORDERED**, that the balance of the sum of $85,000.00 to be paid to and received by K.T., F.B.O of Jane and John Doe with the Hudson River Credit Union 3762 Burgoyne Ave, Hudson Falls, NY, 12839, account number 1181128430 to be held for the benefit of John Doe and Jane Doe. Said funds shall be initially deposited in the above Bank account in the name of K.T., and it is further;

**ORDERED**, that the aforesaid time deposit or certificate of deposit account shall be continuously renewed upon maturity at the highest interest then available, except that the date of maturity shall not extend beyond the infant plaintiff's eighteenth birthday, and when no such time deposit or certificate of deposit account is available, the accumulated funds shall then be placed in the bank's insured money market account, and it is further;

**ORDERED**, that K.T. may withdraw from the aforesaid for the infant's education, school activities, extracurricular activities, health and welfare, and it is further;

**ORDERED**, that the conditions upon compliance with the terms of this Order, the said guardian parent be and hereby authorized and empowered to execute and deliver a general release and any other instrument necessary to effectuate the settlement herein, and that the filing of a bond is hereby waived.

Enter,

_Thomas J. McAvoy_
Hon. Thomas J. McAvoy
Senior U.S. District Judge

Dated this __7th__ day of __Nov.__, 2023